```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 05613
    ANGELA SHAW
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-7731


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 05/16/2006 and was confirmed 09/11/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 08/27/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED            14919.65       667.23         927.27
HSBC AUTO FINANCE          UNSECURED         NOT FILED          .00            .00
HSBC AUTO FINANCE          UNSECURED               .00          .00            .00
WELLS FARGO FINANCIAL      SECURED            14073.86       464.04        1075.68
WELLS FARGO FINANCIAL      UNSECURED           1335.87          .00            .00
WFFINACCPT                 UNSECURED            450.00          .00         450.00
AMERICAN EXPRESS TRAVEL    UNSECURED             51.00          .00            .00
LITTLE COMPANY OF MARY H   UNSECURED         NOT FILED          .00            .00
LITTLE COMPANY OF MARY H   UNSECURED         NOT FILED          .00            .00
LITTLE COMPANY OF MARY H   UNSECURED         NOT FILED          .00            .00
LITTLE COMPANY OF MARY H   UNSECURED         NOT FILED          .00            .00
ST JAMES ANESTHESIA        UNSECURED         NOT FILED          .00            .00
SEARS CARPET UPHOLSTERY    UNSECURED         NOT FILED          .00            .00
CHECK TO GO                UNSECURED         NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED          .00            .00
BENNECKE MALINOWSKI DDS    UNSECURED         NOT FILED          .00            .00
EDWARD PAVLIK DDS          UNSECURED         NOT FILED          .00            .00
HOUSEHOLD BANK             UNSECURED         NOT FILED          .00            .00
ST JAMES HOSPITAL          UNSECURED         NOT FILED          .00            .00
NICOR GAS                  UNSECURED         NOT FILED          .00            .00
RMI/MCSI                   UNSECURED            190.00          .00            .00
COMMONWEALTH EDISON CO     UNSECURED         NOT FILED          .00            .00
MIDWEST VERIZON WIRELESS   UNSECURED           1930.04          .00            .00
VERIZON WIRELESS           UNSECURED         NOT FILED          .00            .00
VERIZON WIRELESS           UNSECURED         NOT FILED          .00            .00
CB USA                     UNSECURED             60.00          .00            .00
BENNIE W FERNANDEZ         REIMBURSEMENT        24.00           .00          24.00
BENNIE W FERNANDEZ         DEBTOR ATTY       3,000.00                          .00
TOM VAUGHN                 TRUSTEE                                           171.42
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05613 ANGELA SHAW
```

```
-------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                    3,779.64

PRIORITY                                            24.00
SECURED                                          2,002.95
    INTEREST                                     1,131.27
UNSECURED                                          450.00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               171.42
DEBTOR REFUND                                         .00
                         ---------------     ---------------
TOTALS                     3,779.64              3,779.64
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 12/03/07        _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 06 B 05613 ANGELA SHAW